IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

LUIS JAVIER OTERO PEDRAZA
LINETTE RUIZ DIAZ

DEBTORS

CASE NO 13-04290/ESL

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COME, LUIS JAVIER OTERO PEDRAZA and LINETTE RUIZ DIAZ, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting a proposed amended Plan, dated July 30, 2013, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the objection raised by the Trustee in his report, docket no. 10, dated July 2, 2013.

WHEREFORE debtors respectfully request the confirmation of the requested amended Plan, dated July 30, 2013.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and debtors, and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 30th day of July, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:     Case No. 3:13-bk-4290

OTERO PEDRAZA, LUIS JAVIER & RUIZ DIAZ, LINETTE     Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 7/30/2013
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 175.00 | x | 26 | = $ | 4,550.00 |
| $ | 275.00 | x | 7 | = $ | 1,925.00 |
| $ | 300.00 | x | 27 | = $ | 8,100.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ 14,575.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ 14,575.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,881.00

Signed: /s/ LUIS JAVIER OTERO PEDRAZA
       Debtor

/s/ LINETTE RUIZ DIAZ
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $_____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL BANK    Cr. _____    Cr. _____
# 8933007371684    # _____    # _____
$ 2,367.00    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
DORAL BANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Any performance bonus in excess of amount listed in Schedule I will be submitted to the Trustee to increase Plan base.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution."Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank. Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor R. Figueroa Carrasquillo Law Office     Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

OTERO PEDRAZA, LUIS JAVIER
VILLAS DE CASTRO
TT10 19 STREET
CAGUAS, PR  00725

DORAL BANK
PO BOX 71528
SAN JUAN, PR  00936-8628

RUIZ DIAZ, LINETTE
VILLAS DE CASTRO
TT10 19 STREET
CAGUAS, PR  00725

DORAL BANK
PO BOX 29426
RIO PIEDRAS, PR  00929

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

FIA CSNA
PO BOX 982235
EL PASO, TX  79998

AT&T
PO BOX 192830
SAN JUAN, PR  00919-2830

HOME DEPOT
PO BOX 103108
ROSWELL, GA  30076-9108

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

SAMS
PO BOX 965004
ORLANDO, FL  32896-5004

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

SEARS
PO BOX 6189
SIOUX FALLS, SD  57117

BAXTER EMPLY CR UNION
1425 LAKE COOK RD
DEERFIELD, IL  60015

CAP1/BSTBY
26525 N RIVERSWOODS BLVD
METTAWA, IL  60045

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD  21076-0499

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366