**Fill in this information to identify the case:**

Debtor 1     <u>**LUIS JAVIER OTERO PEDRAZA**</u>

Debtor 2     <u>**LINETTE RUIZ DIAZ**</u>
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of **Puerto Rico (Old San Juan)**
                                                                                                                                                       (State)

Case number    <u>**13-04290-ESL 13**</u>

# Form 4100R
## Response to Notice of Final Cure Payment        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** <u>RUSHMORE LOAN MANAGEMENT SERVICES AS SERVICE AGENT OF ROOSEVELT CAYMAN ASSET COMPANY II</u>

**Court claim no.** (if known): <u>**10**</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>**8812**</u>

**Property address:**

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/____ MM/DD/YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ <u>448.51</u>

c. **Total.** Add lines a and b.     (c) $ <u>448.51</u>

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ____/____/____ MM/DD/YYYY

---

[1] Form 4100R          Response to Notice of Final Cure Payment

Debtor 1  **LUIS JAVIER OTERO PEDRAZA**
First Name   Middle Name   Last Name

Case number *(if known)* <u>**13-04290-ESL 13**</u>

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/Sarah I. Vega Bonilla**
   Signature

Date: 7/27/2018

Print   **Sarah I. vega Bonilla**
        First Name   Middle Name   Last Name

Title: **Attorney for Creditor**

Company   Martinez & Torres Law Offices, P.S.C.

If different from the notice address listed on the proof of claim to which this response applies:
Address
        Number        Street

        City                                State         ZIP Code

Contact phone  (787) 767-8244

Email: svega@martineztorreslaw.com

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date: 07/31/2018

| | |
|---|---|
| Debtor 1 Name: | LUIS JAVIER OTERO PEDRAZA |
| Debtor 2 Name: | LINETTE RUIZ DIAZ |
| Debtor's Mailing Address: | VILLAS DE CASTRO TT10 19 STREET CAGUAS, PR 00725 |

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

**/s/ Sarah M. Vega Bonilla**
By: Sarah M. Vega Bonilla
USDC -PR 303503
svega@martineztorreslaw.com

| Loan Number: | 2 | Prepared By: MELISSA CESAREO | Date: July 24-2018 |
|---|---|---|---|

## Notice of Final Cure Checklist

| | | | |
|---|---|---|---|
| Date NOFC was entered on docket: | 7/11/2018 | | |
| Deadline to respond to NOFC: | 8/1/2018 | | |
| Pre-petition Paid in Full: | (Agree) | Disagree | (circle one) |
| Post-Petition Current: | (Agree) | Disagree | (circle one) |

If DISAGREE, please provide breakdown of any payments, fees and costs still oustanding below:

### Contractual Payments Due

| Start date | | End date | PMT AMT | # of PMTS | Total |
|---|---|---|---|---|---|
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | | | | Suspense | |
| | | | | Total | $0.00 |

If AGREE, please provide current due date and amount:

### Current Payment Due

| Start date | | End date | PMT AMT | # of PMTS | Total |
|---|---|---|---|---|---|
| | thru | | | | $0.00 |
| | | | | Suspense | |
| | | | | Total | $0.00 |

### Fees and Costs Oustanding (Include only recoverable amounts)

| Fee /Cost Description | Amount |
|---|---|
| TITILE COST | $60.00 |
| ACQUISITION | $388.51 |
| | |
| Total | $448.51 |

### Escrow Oustanding

| Escrow Description | Amount |
|---|---|
| | |
| | |
| | |
| Total | $0.00 |

| | | |
|---|---|---|
| | TOTAL DUE | $448.51 |

| Quality Assurance Review By: | _signature_ Date 07/24/2018 | (Approved) | Denied | (circle one) |
|---|---|---|---|---|
| Denial Reason: | | | | |

| Supervisor Review By | _signature_ Date 7-24-2018 | (Approved) | Denied | (circle one) |
|---|---|---|---|---|
| Denial Reason: | | | | |

| Comments: | |
|---|---|

## Loan Status

**Please Complete**

Loan Status

| | |
|---|---|
| **Date NOFC Claim was entered on docket:** | 07/11/2018 |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |
| **Pre-Petition Paid in Full:** | Agree |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |
| **Post-Petition Current:** | Agree |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |
| **Provide Breakdown of any payments/ fees/ costs still owing:** | 448.51 |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |
| **Comments:** | TITLE COST / ACQUISITION COST |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |
| **Buddy/Supervisor checklist requirement reviewed?:** | Acknowledged |
| | Entered By: Melissa Cesareo-Melendez 7/24/2018 10:07:00 AM |

[Clear]  [Edit]